# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:13-CR-215-FDW-DSC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KAMRAN REZAPOUR | ) | |

Based upon the hearing that took place on October 10, 2013, regarding obligations of standby counsel, there are no discovery obligations at this time in the above captioned matter as this is a pre-indictment Bill of Information. Alternative discovery has been ordered in 5:13-cr-00071-RLV.

**SO ORDERED**.

Signed: November 8, 2013

David S. Cayer
United States Magistrate Judge