IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-215-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| KAMRAN REZAPOUR, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 57) filed by Matthew J. Gilley, concerning Shawn G. Brown on July 17, 2015. Mr. Shawn D. Brown seeks to appear as counsel *pro hac vice* for Petitioner The Quarter At Ybor Condominium Association, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 57) is **GRANTED.** Mr. Shawn D. Brown is hereby admitted *pro hac vice* to represent Petitioner The Quarter At Ybor Condominium Association, Inc.

**SO ORDERED**.

Signed: July 29, 2015

David C. Keesler
United States Magistrate Judge