UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

                                    DOCKET NO. 3:13CR215

V.                                                ORDER

KAMRAN REZAPOUR

---

   This MATTER is before the Court on Defendant's Pending Motion, (Doc. No, 82). Motion for Resolve Supervisory Release. Defendant has been transferred to the Central District of California, Inglewood Division.

   IT IS ORDERED, that Defendant's Motion (Doc. No. 82) is **DENIED AS MOOT.**

                            Signed: November 1, 2021

                            Frank D. Whitney
                            United States District Judge